AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* SHARPE, GARY L. | 2. Court or Organization U.S. DISTRICT COURT, NDNY | 3. Date of Report 5-11-2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* DJ, ACTIVE | 5a. Report Type (check appropriate type) ___ Nomination, Date ___  ___ Initial ✓ Annual ___ Final  5b. ___ Amended Report | 6. Reporting Period 01/01/2005 - 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address JAMES T. FOLEY COURTHOUSE 445 BROADWAY ALBANY N.Y. 12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date ___ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✓ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| ✓ NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ✓ NONE (No reportable non-investment income.) | |
|---|---|
| 1 | |
| 2 | |

2005 MAY 17 A 11: 56 RECEIVED FINANCIAL DISCLOSURE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 5-11-2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☑ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☑ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☑ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-11-2006 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 MERRILL LYNCH (IRA #1) | D | DIV | K | T | | | | | |
| 2 --- OAKMARK SELECT | | | | | SELL | 9-28 | J | A | |
| 3 --- MFS RESEARCH BOND CLA | | | | | SELL | 4-8 | J | A | |
| 4 --- PIMCO REAL RETURN BOND FD CL A | | | | | SELL | 9-22 | J | A | |
| 5 --- OPPENHEIMER INTERNATL BOND FD CL A | | | | | | | | | |
| 6 --- SCUDDER HIGH RETURN FD CL A | | | | | | | | | |
| 7 --- DREYFUS PREMIER INTL VALUE CL A | | | | | | | | | |
| 8 --- LORD ABBETT RESEARCH Sm CAP CL A | | | | | | | | | |
| 9 --- OPPENHEIMER DEVELOPING MKTS CL A | | | | | | | | | |
| 10 --- THORNBURG INTERNATIONAL VALUE FUND A | | | | | | | | | |
| 11 --- VANKAMPEN COMSTOCK FUND CL A | | | | | | | | | |
| 12 --- DREYFUS APPRECIATION FD | | | | | SELL | 9-22 | J | A | |
| 13 --- RETIREMENT SERVICES CL I | | | | | SELL | 4-8 | J | A | |
| 14 --- COHEN + STEERS SPECIAL EQUITY FUND | | | | | | | | | |
| 15 --- MATTHEWS ASIAN FUNDS JAPAN FUNDS | | | | | | | | | |
| 16 --- JOHN HANCOCK US GLOBAL LEADERS GROWTH FUND | | | | | SELL | 9-22 | J | A | |
| 17 --- AIM ENERGY FD CL A | | | | | BUY | 4-8 | J | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| SHARPE, GARY L. | 5-11-2006 |

## VII. Page X INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 --- GARTMORE GLOBAL NATURAL RESOURCES FD CL A | | | | | BUY | 9-22 | J | ✱ | |
| 2 --- OPPENHEIMER GOLD + SPECIAL METALS FUND | | | | | BUY | 9-22 | J | | |
| 3 --- ML NATURAL RESOURCES TRUST CL I | | | | | BUY | 9-22 | J | | |
| 4 --- ALGER HEALTH SCIENCES A | | | | | BUY | 9-28 | J | | |
| 5 MERRILL LYNCH (IRA #2) | E | DIV | M | T | | | | | |
| 6 --- OAKMARK SELECT | | | | | SELL | 9-28 | K | A | |
| 7 --- MFS RESEARCH BOND | | | | | SELL | 4-8 | J | A | |
| 8 --- PIMCO REAL RETURN BOND FD | | | | | SELL | 9-22 | J | A | |
| 9 --- OPPENHEIMER INTERNATIONAL BOND FD | | | | | | | | | |
| 10 --- SCUDDER HIGH RETURN FD | | | | | | | | | |
| 11 --- DREYFUS PREMIER INTL VALUE FUND | | | | | | | | | |
| 12 --- LORD ABBETT RESEARCH FUND | | | | | | | | | |
| 13 --- OPPENHEIMER DEVELOPING MKTS FD | | | | | | | | | |
| 14 --- THORNBURGH INTERNATIONAL FUND | | | | | | | | | |
| 15 --- VAN KAMPEN COMSTOCK FUND | | | | | | | | | |
| 16 --- DREYFUS APPRECIATION FUND | | | | | SELL | 9-22 | K | A | |
| 17 --- RETIREMENT SERVICES | | | | | SELL | 4-8 | J | A | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-11-2006 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 COHEN + STEERS SPECIAL EQUITY FD | | | | | | | | | |
| 2 MATHEWS ASIAN FUNDS JAPAN FUND | | | | | | | | | |
| 3 JOHN HANCOCK US GLOBAL LEADERS GROWTH FD | | | | | SELL | 9-22 | K | A | |
| 4 AIM ENERGY FD CL A | | | | | BUY | 4-8 | J | | |
| 5 GARTMORE GLOBAL NATURAL RESOURCES FD | | | | | BUY | 9-22 | K | | |
| 6 ALGER HEALTH SCIENCES A | | | | | BUY | 9-28 | K | | |
| 7 ENERGY EAST Common Stock | | | | | SELL | 6-14 | J | B | |
| 8 NEW YORK COLLEGE TUITION SAVINGS (529) | A | DIV | J | T | BUY | 1-1→ 12-1 | J | | |
| 9 AMERICAN EXPRESS IRA | E | DIV | N | T | | | | | |
| 10 LACAX | | | | | | | | | |
| 11 LTFAX | | | | | | | | | |
| 12 CHGAX | | | | | | | | | |
| 13 NYVTX | | | | | | | | | |
| 14 EXTGX | | | | | | | | | |
| 15 PCVAX | | | | | | | | | |
| 16 PQNAX | | | | | | | | | |
| 17 PRTNX | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>SHARPE, GARY L. | Date of Report<br>5-11-2006 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                        Date  5-11-2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544